UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

ENCOMPASS INSURANCE COMPANY,
AS SUBROGEE OF ANTHONY
KHOURI,

    PLAINTIFF,

v.

GREAT NORTHERN INSURANCE
COMPANY,

    DEFENDANT.

**NOTICE OF REMOVAL**

04 CV 12131 RWZ

---

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

The Defendant Great Northern Insurance Company ("Great Northern") submits the following Notice of Removal, and states as follows:

1. Great Northern is the Defendant in a civil action pending in the Superior Court of the Commonwealth of Massachusetts entitled <u>Encompass Insurance Company, as Subrogee of Anthony Khouri v. Great Northern Insurance Company</u>, Suffolk Superior Court, Civil Action No. 04-3014 (the "Superior Court Action").

2. Great Northern is a Minnesota corporation having its principal place of business in the State of New Jersey.

3. The Complaint in the Superior Court action recites that the Plaintiff is a citizen of the State of Illinois, and that the amount in controversy is alleged to be $75,000, plus attorney's fees and multiple damages under G.L. c. 93A and G.L. c. 176D.

4. Since the Superior Court Action is between citizens of different states, and the amount in controversy is alleged to exceed $75,000, the United States District Court for the District of Massachusetts has original jurisdiction over the subject matter of the claim alleged in

the Superior Court Action, on the basis of diversity of citizenship, pursuant to 28 U.S.C. §1332(a).

5. Accordingly, Great Northern may remove this action to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. §1441(a).

6. Great Northern was first notified of the Superior Court Action upon being served with a copy of the Summons and Complaint on or about September 23, 2004. Accordingly, Great Northern has removed this action within the time permitted by 28 U.S.C. §1446(b).

7. Pursuant to Local Rule 81.1(a), Great Northern shall request that the Clerk of the Suffolk Superior Court prepare certified or attested copies of all records of proceedings in the Superior Court Action, and of all docket entries therein, and Great Northern shall file the same within thirty (30) days within the filing of this Notice of Removal.

WHEREFORE, the Defendant Great Northern Insurance Company respectfully gives notice that the Superior Court Action has been removed from Suffolk Superior Court to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. §1441.

Dated: October 6, 2004

GREAT NORTHERN INSURANCE COMPANY,

By its Attorneys,
RIEMER & BRAUNSTEIN LLP

_____
Mark W. Corner
BBO No. 550156
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

(12581-999)
855820.1

2