UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY, <br> AS SUBROGEE OF ANTHONY KHOURI, <br>     Plaintiff, <br> <br> v. <br> <br> GREAT NORTHERN INSURANCE <br> COMPANY, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION NO. 04-12131RWZ <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly withdraw our appearance as attorneys for the plaintiff, Encompass Insurance Company, in the above-entitled case. Successor counsel, Richard S. Connor for plaintiff, Encompass Insurance Company, will shortly be filing his appearance.

The plaintiff,
By its Attorneys,


/s/ John P. Graceffa
John P. Graceffa, BBO #205920
Allain P. Collins, BBO #659492
250 Summer Street
Boston, MA 02210-1181
Tel. (617) 737-8840

1107228v1

**CERTIFICATE OF SERVICE**

  I, John P. Graceffa, for the plaintiffs, hereby certify that I have this day served the foregoing **Notice of Withdrawal** to all counsel of record in this action by mailing same, by first class mail, postage prepaid to:

Dated:_____10/27/04_____  Attorney:_/s/John P. Graceffa_____

1107228v1