UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| ENCOMPASS INSURANCE )<br>COMPANY, AS SUBROGREE OF )<br>ANTHONY KHOURI, )<br>    PLAINTIFF )<br>)<br>VS. )<br>)<br>GREAT NORTHERN INSURANCE)<br>COMPANY, )<br>    DEFENDANT ) | CIVIL ACTION NO.: 04-12131-RWZ |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as attorney for the plaintiff, Encompass Insurance Company, in the above-entitled matter. Prior counsel for the plaintiff, John P. Graceffa, Esq. and Allain P. Collins, Esq., of Morrison, Mahoney, LLP, have previously filed their Notice of Withdrawal of Appearance for the plaintiff.

                                            The Plaintiff,
                                            By Its Attorney,

                                            _____
                                            Richard J. Conner, Esq.
                                            BBO No.:    094860
                                            Law Offices of Richard J. Conner
                                            424 Adams Street
                                            Milton, MA 02186
                                            (617) 698-6767

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon all counsel of record, by mail, postage prepaid.

Date: 11/3/04

Richard J. Conner, Esq.
Law Offices of Richard J. Conner
424 Adams Street
Milton, MA 02186
(617) 698-6767
BBO No.:    094860