UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12131-RWZ

ENCOMPASS INSURANCE COMPANY,
AS SUBROGEE OF ANTHONY KHOURI,

Plaintiff,

v.

GREAT NORTHERN INSURANCE
COMPANY,

Defendant.

**DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, the Defendant Great Northern Insurance Company states that it is a wholly owned subsidiary of Federal Insurance Company. The Chubb Corporation, a publicly traded company on the New York Stock Exchange, owns 100% of the stock of Federal Insurance Company.

GREAT NORTHERN INSURANCE
COMPANY,

By its Attorneys,
RIEMER & BRAUNSTEIN LLP

Dated: November 18, 2004

_____
Mark W. Corner
BBO #550156
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

856880.1

I, Mark W. Corner, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 11/18/04.

_____
Mark W. Corner