UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12131-RWZ

ENCOMPASS INSURANCE COMPANY,
AS SUBROGEE OF ANTHONY KHOURI,

    Plaintiff,

v.

GREAT NORTHERN INSURANCE
COMPANY,

    Defendant.

**DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION**

    Pursuant to Local Rule 16.1(D)(3) of the United States District Court for the District of Massachusetts, the Defendant Great Northern Insurance Company and its counsel hereby affirm that they have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b)    to consider the resolution of the litigation through the use of Alternative Dispute Resolution programs, such as those outlined in Local Rule 16.4.

GREAT NORTHERN INSURANCE
COMPANY,

DATED: 1/4/05

_____
Scott W. Langford,
Senior Litigation Examiner
Authorized Representative

COUNSEL TO THE DEFENDANT
GREAT NORTHERN INSURANCE CO.

DATED: 1/4/05

_____
Mark W. Cornet, BBO No. 550156
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

869773.1