UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION NO.: 04-12131-RWZ

| | |
|---|---|
| ENCOMPASS INSURANCE ) <br> COMPANY, AS SUBROGREE OF ) <br> ANTHONY KHOURI, ) <br>     PLAINTIFF ) <br> ) <br> VS. ) <br> ) <br> GREAT NORTHERN INSURANCE ) <br> COMPANY, ) <br>     DEFENDANT ) | **PLAINTIFF'S CERTIFICATION** <br><br> **PURSUANT TO** <br><br> **LOCAL RULE 16.1 (D)(3)** |

Plaintiff's counsel, Richard J. Conner, Esq., and the authorized representative of Encompass Insurance Company, certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course…and various alternative courses…of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR16.4.

_____
Richard J. Conner, Esq.
Counsel for the Plaintiff

_____
Scott Shea,
Claims Representative
Encompass Insurance Company