**EXHIBIT A**



WE DO HEREBY CERTIFY THAT THIS IS A CORRECT AND COMPLETE COPY OF
RENEWAL:

Policy Number:   US 161657310

ISSUED TO:           Elias & Mary L Khouri
                     3104 Quarton Road
                     Bloomfld Hls., MI 48304
                     11-01-98 to 11-01-99

CONTINENTAL INSURANCE COMPANY

BY: _____

AUTHORIZED REPRESENTATIVE

SWORN TO BEFORE ME THIS
29th day of March, 2002

NOTARIAL SEAL
LISA SCHLEGEL. Notary Public
Reading, Berks County
My Commission Expires 06/14/2004

# USP Deluxe
# Renewal Policy Coverage Summary

**CNA**
*For All the Commitments You Make®*

**Policyholder:**
ELIAS & MARY L KHOURI
3104 QUARTON ROAD
BLOOMFLD HLS MI 48304

**Agent:**
VERSICAL AND ASSOCIATES IN
22930 E. NINE MILE RD.
22930 E. NINE MILE RD.
ST. CLAIR SHORES MI 48080
PHONE: 810-774-5300   060-983060-0000

**Policy Number:**
US 161657310

**Policy Period:**
11/01/1998 to 11/01/1999 12:01 AM Standard Time

**Policyholder Since:**
11/1997

**Insurance Provided By:**
CONTINENTAL INSURANCE COMPANY
P.O.BOX 16020 READING,PA 19612-6020

24 HOUR CLAIM REPORTING 800-588-7400

## MOTOR VEHICLE PROTECTION

**(Coverage applies only if a premium or limit is shown)**

| | Vehicle 1 | Vehicle 2 |
|---|---|---|
| **Description:** | 1989  BMW 735IL | 1996  TOYOTA CAMRY |
| **VIN:** | WBAGC4318K3319257 | 4T1BG12K1TU901758 |
| **Rated Driver:** | MARY L KHOURI | DANIELLE KHOURI |
| **Use:** | Pleasure | Pleasure |
| **Class Code:** | 817100 | 83970D |

| COVERAGES | LIMITS | PREMIUMS | LIMITS | PREMIUMS |
|---|---|---|---|---|
| BODILY INJURY (per person/per accident) | $ 250,000/500,000 | $ 119.00 | $ 250,000/500,000 | $ 411.00 |
| PROPERTY DAMAGE (per accident) | $ 100,000 | $ 11.00 | $ 100,000 | $ 37.00 |
| PROPERTY PROTECTION COVERAGE | Per Endorsement | $ 20.00 | Per Endorsement | $ 49.00 |
| ADDITIONAL PROPERTY DAMAGE LIABILITY | $ 500 | $ Included | $ 500 | $ Included |
| UNINSURED MOTORISTS (per person/per accident) | $ 250,000/500,000 | $ 25.00 | $ 250,000/500,000 | $ 25.00 |
| UNDERINSURED MOTORISTS (per person/per accident) | $ 250,000/500,000 | $ 27.00 | $ 250,000/500,000 | $ 27.00 |
| PERSONAL INJURY PROTECTION | Per Endorsement | $ 73.00 | Per Endorsement | $ 177.00 |
| Coordination of Benefits - Excess PIP applies to: Medical Expense | | | | |
| COMPREHENSIVE (Comp) | $ 100 Deductible | $ 307.00 | $ 100 Deductible | $ 536.00 |
| COLLISION (Coll) | $ 500 Deductible | $ 464.00 | $ 500 Deductible | $ 1,561.00 |
| COLLISION (Coll) Broadened Coverage | $ 500 Deductible | $ 464.00 | $ 500 Deductible | $ 1,561.00 |
| TOWING | $ 50 | $ Included | $ 50 | $ Included |
| EXTENDED TRANSPORTATION | | | | |
| Rental Reimbursement | $ 30/900 Per Day/Maximum | $ Included | $ 30/900 Per Day/Maximum | $ Included |
| Trip Interruption | $ 100/500 Per Day/Maximum | $ Included | $ 100/500 Per Day/Maximum | $ Included |
| Emergency Transportation | $ 20 | $ Included | $ 20 | $ Included |

US 161657310

*Dennis Chookaszian*
Chairman of the Board

*Jonathan Kantor*
Secretary

C 0928

Continued on Next Page

# USP Deluxe
# Renewal Policy Coverage Summary



**For All the Commitments You Make®**

---

## MOTOR VEHICLE PROTECTION                              (Coverage applies only if a premium or limit is shown)

|  | Vehicle 1 | | Vehicle 2 | |
| --- | --- | --- | --- | --- |
| **COVERAGES** | **LIMITS** | **PREMIUMS** | **LIMITS** | **PREMIUMS** |
| **Premium Per Vehicle** | | $  1,046.00 | | $  2,823.00 |

|  | Vehicle 3 | | Vehicle | |
| --- | --- | --- | --- | --- |
| **Description:** | 1998  MERCEDES ML320 | | | |
| **VIN:** | 4JGAB54EXWA016268 | | | |
| **Rated Driver:** | ELIAS KHOURI | | | |
| **Use:** | Pleasure | | | |
| **Class Code:** | 817100 | | | |

| **COVERAGES** | **LIMITS** | **PREMIUMS** | **LIMITS** | **PREMIUMS** |
| --- | --- | --- | --- | --- |
| BODILY INJURY (per person/per accident) | $  250,000/500,000 | $     119.00 | | |
| PROPERTY DAMAGE (per accident) | $          100,000 | $      11.00 | | |
| PROPERTY PROTECTION COVERAGE | Per Endorsement | $      20.00 | | |
| ADDITIONAL PROPERTY DAMAGE LIABILITY | $              500 | $  Included | | |
| UNINSURED MOTORISTS (per person/per accident) | $  250,000/500,000 | $      25.00 | | |
| UNDERINSURED MOTORISTS (per person/per accident) | $  250,000/500,000 | $      27.00 | | |
| PERSONAL INJURY PROTECTION | Per Endorsement | $      73.00 | | |
| Coordination of Benefits - Excess PIP applies to: Medical Expense | | | | |
| COMPREHENSIVE (Comp) | $  100 Deductible | $     358.00 | | |
| COLLISION (Coll) | $  500 Deductible | $     728.00 | | |
| COLLISION (Coll) Broadened Coverage | $  500 Deductible | $     728.00 | | |
| TOWING | $               50 | $  Included | | |
| EXTENDED TRANSPORTATION | | | | |
| Rental Reimbursement | $            30/900 Per Day/Maximum | $  Included | | |
| Trip Interruption | $           100/500 Per Day/Maximum | $  Included | | |
| Emergency Transportation | $               20 | $  Included | | |
| **Premium Per Vehicle** | | $   1,361.00 | | |

| **DISCOUNTS AND CHARGES** | **Vehicle 1** | **Vehicle 2** | **Vehicle 3** | |
| --- | --- | --- | --- | --- |
| Preferred Rate Discount | Applied | | Applied | |
| Multiple Car Discount | Applied | Applied | Applied | |
| Anti-Lock Brake Discount | Applied | Applied | Applied | |

US 161657310

C 0928

Continued on Next Page

# USP Deluxe
# Renewal Policy Coverage Summary

**CNA**
*For All the Commitments You Make®*

## MOTOR VEHICLE PROTECTION  (Coverage applies only if a premium or limit is shown)

| DISCOUNTS AND CHARGES | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| Passive Restraint Discount | Applied | | |
| Passive Restraint Discount (Driver and Passenger side) | | Applied | Applied |
| Anti-Theft Discount (Active Device) | Applied | Applied | |
| Anti-Theft Discount (Passive Device) | | | Applied |
| Michigan Catastrophic Claim Association Assessment Charge | $  6.00 | $  6.00 | $  6.00 |

## TOTAL VEHICLE(S) PREMIUMS AND CHARGES

| | |
|---|---|
| **Your Total Premium For All Vehicles** | $  5,248.00 |

### DRIVER INFORMATION

| Name | Years Licensed | Date of Birth | Drivers License Number |
|---|---|---|---|
| 01 ELIAS KHOURI | 34 | 01/03/48 | K600209297010 |
| 02 MARY L KHOURI | 30 | 07/23/52 | K600587488579 |
| 03 DANIELLE KHOURI | 02 | 04/08/80 | K600135585275 |

### LIENHOLDER/OTHER INTERESTED PARTIES INFORMATION

| Vehicle 2 | Loan Number | Type of Interest |
|---|---|---|
| CHASE AUTO FIN<br>PO BOX 5210<br>NEW HYDE PARK NY 11042 | 04000483869 | Lienholder |

## OPTIONAL EXCESS PROTECTION  (Coverage applies only if a premium or limit is shown)

| COVERAGES | LIMITS |
|---|---|
| EXCESS LIABILITY: applies to all "covered exposures" and "additional covered exposures" | $2,500,000 |

| | PREMIUMS |
|---|---|
| Motor Vehicle Premiums | |
| Vehicle 1 | $      78.00 |
| Vehicle 2 | $     120.00 |
| Vehicle 3 | $      58.00 |
| Residence Premiums | |
| Residence 1 | $       9.00 |
| **Total Annual Excess Liability  Premium** | $     265.00 |

### COVERED EXPOSURES

"Covered exposures" for excess liability are all previously described exposures and the following described "additional covered exposures".

| Additional Covered Exposures | Description/Address | | | | Effective Date |
|---|---|---|---|---|---|
| Residence 1 | 3104 QUARTON ROAD | , BLOOMFLD HLS , MI | 48304 | | 11/01/1998 |

US 161657310

C0928

# USP Deluxe
# Renewal Policy Coverage Summary

**CNA**
*For All the Commitments You Make*

---

## GENERAL POLICY INFORMATION

---

**The coverages and limits shown here are subject to the restrictions, conditions, and exclusions of the policy and its endorsements.**

### YOUR POLICY IS SUBJECT TO THE FOLLOWING FORMS AND ENDORSEMENTS

| | |
|---|---|
| G-18536-A (09-93) | ELITE/DELUXE MOTOR VEHICLE |
| G-18538-A (09-93) | INTRODUCTION |
| G-18540-A (09-93) | GENERAL PROVISIONS |
| G-20518-A (07-94) | AMENDMENT OF MOTOR VEHICLE PROVISIONS - MICHIGAN |
| *G-20520-C (12-97) | PERSONAL INJURY PROTECTION COVERAGE - MICHIGAN |
| G-20521-A (07-94) | PROPERTY PROTECTION COVERAGE - MICHIGAN |
| G-20522-A (11-93) | LIMITED/BROADENED COLLISION COVERAGES - MICHIGAN |
| G-20523-A (06-94) | UNINSURED MOTORISTS COVERAGE - MICHIGAN |
| G-21285-A (06-94) | UNDERINSURED MOTORISTS COVERAGE - MICHIGAN |
| *G-21374-C (12-97) | OPTIONAL EXCESS LIABILITY COVERAGE ENDORSEMENT - MICHIGAN |
| G1-15377-A (06-95) | TRANSITION ENDORSEMENT - DELUXE MOTOR VEHICLE SEGMENT |

### PLEASE READ THIS IMPORTANT INFORMATION CONCERNING YOUR POLICY

| | |
|---|---|
| *G-20492-A (09-93) | DO WE KNOW ALL THAT WE SHOULD |
| *G-34687-B (11-93) | MICHIGAN NO FAULT COLLISION INSURANCE NOTIFICATION FORM |
| *G-39136-D (11-93) | MICHIGAN - CERTIFICATE OF NO-FAULT INSURANCE |
| *G-54793-F (12-97) | RATING INFORMATION - MICHIGAN |
| *G1-28454-A (08-97) | NEW DISCOUNTS AVAILABLE ON HOME INSURANCE RATES |
| *G1-28455-A (08-97) | CHANGES TO YOUR PERSONAL INJURY PROTECTION COVERAGE |

The forms marked with "*" or "#" reflect revised or new forms included with this coverage summary

## SUMMARY OF YOUR POLICY'S PREMIUMS

---

| Coverage Type | Premium |
|---|---|
| Motor Vehicle | $  5,248.00 |
| Optional Excess | $     265.00 |
| **Total For All Exposures** | $  5,513.00 |

For any insurance need, or questions on your policy, contact your independent CNA agent, whose name and number are shown on the first page of this Coverage Summary.

US 161657310

C 0928

# USP Deluxe
# Renewal Policy Coverage Summary


For All the Commitments You Make®

---

## AGENT'S USE ONLY

---

### Policy Level

Renewal Number                01

---

| Vehicle Level | Veh 1 | Veh 2 | Veh 3 |
|---|---|---|---|
| Territory | 005 | 005 | 005 |
| Symbol | 18 | 13 | 20 |
| Cost New Symbol | 20 | 14 | 20 |
| Performance | Std | Std | Std |
| Sex | F | F | M |
| Marital Status | M | S | M |
| Rate Level | P | S | P |
| Prior Term's Rate Level | P | S | P |
| Annual Mileage | 10000 | 10000 | 10000 |

---

## VARIABLE ENDORSEMENTS

---

US 161657310

C 0928

# USP Deluxe
# Policy Endorsement Coverage Summary

**CNA**
*For All the Commitments You Make*

**Policyholder:**
ELIAS & MARY L KHOURI
3104 QUARTON ROAD
BLOOMFLD HLS MI 48304

**Agent:**
VERSICAL AND ASSOCIATES IN
22930 E. NINE MILE RD.
22930 E. NINE MILE RD.
ST. CLAIR SHORES MI 48080
PHONE: 810-774-5300   060-983060-0000

**Policy Number:**
US 161657310

**Policy Period:**
11/01/1998 to 11/01/1999 12:01 AM Standard Time

**Policyholder Since:**
11/1997

**Insurance Provided By:**
CONTINENTAL INSURANCE COMPANY
P.O.BOX 16020 READING,PA 19612-6020

24 HOUR CLAIM REPORTING 800-588-7400

---

### YOUR POLICY HAS BEEN CHANGED

As of:
| | | |
|---|---|---|
11/01/1998 CHANGED DRIVER NUMBER 1 | | |
| ADDED DRIVING RECORD INFORMATION | | |
11/01/1998 CHANGED DRIVER NUMBER 2 | | |
11/01/1998 CHANGED DRIVER NUMBER 3 | | |
| DELETED INTERESTED PARTY INFORMATION | | |
11/01/1998 DELETED VEHICLE NUMBER 2 | | |

| | | |
|---|---|---|
| Change to Annual Premium | - $ | 1,218.00 |
| Revised Annual Policy Premium | $ | 4,295.00 |
| Return Premium for Coverages From 11/01/1998 to 11/01/1999 | $ | 1,218.00 |

This Coverage Summary provides you with complete policy information, including the above change, and represents your coverages currently in effect.

---

### MOTOR VEHICLE PROTECTION

**(Coverage applies only if a premium or limit is shown)**

| | Vehicle 1 | Vehicle 3 |
|---|---|---|
| **Description:** | 1989  BMW 735IL | 1998  MERCEDES ML320 |
| **VIN:** | WBAGC4318K3319257 | 4JGAB54EXWA016268 |
| **Rated Driver:** | DANIELLE KHOURI | ELIAS KHOURI |
| **Use:** | Pleasure | Pleasure |
| **Class Code:** | 83970D | 878100 |

| COVERAGES | LIMITS | PREMIUMS | LIMITS | PREMIUMS |
|---|---|---|---|---|
| BODILY INJURY (per person/per accident) | $ 250,000/500,000 | $ 411.00 | $ 250,000/500,000 | $ 89.00 |
| PROPERTY DAMAGE (per accident) | $ 100,000 | $ 37.00 | $ 100,000 | $ 8.00 |
| PROPERTY PROTECTION COVERAGE | Per Endorsement | $ 49.00 | Per Endorsement | $ 15.00 |
| ADDITIONAL PROPERTY DAMAGE LIABILITY | $ 500 | $ Included | $ 500 | $ Included |
| UNINSURED MOTORISTS (per person/per accident) | $ 250,000/500,000 | $ 25.00 | $ 250,000/500,000 | $ 25.00 |
| UNDERINSURED MOTORISTS (per person/per accident) | $ 250,000/500,000 | $ 27.00 | $ 250,000/500,000 | $ 27.00 |
| PERSONAL INJURY PROTECTION | Per Endorsement | $ 177.00 | Per Endorsement | $ 57.00 |

US 161657310

*Dennis Chookasian*
Chairman of the Board

*Jonathan Kantor*
Secretary

C1109

# USP Deluxe
# Policy Endorsement Coverage Summary


**CNA**
*For All the Commitments You Make®*

---

## MOTOR VEHICLE PROTECTION                    (Coverage applies only if a premium or limit is shown)

| COVERAGES | LIMITS | | PREMIUMS | LIMITS | | PREMIUMS |
|---|---|---|---|---|---|---|
| | **Vehicle 1** | | | **Vehicle 3** | | |
| Coordination of Benefits - Excess PIP applies to: Medical Expense | | | | | | |
| COMPREHENSIVE (Comp) | $ | 100 Deductible | $ 791.00 | $ 100 Deductible | | $ 268.00 |
| COLLISION (Coll) Broadened Coverage | $ | 500 Deductible | $ 1,542.00 | $ 500 Deductible | | $ 548.00 |
| TOWING | $ | 50 | $ Included | $ 50 | | $ Included |
| EXTENDED TRANSPORTATION | | | | | | |
| Rental Reimbursement | $ | 30/900 Per Day/Maximum | $ Included | $ 30/900 Per Day/Maximum | | $ Included |
| Trip Interruption | $ | 100/500 Per Day/Maximum | $ Included | $ 100/500 Per Day/Maximum | | $ Included |
| Emergency Transportation | $ | 20 | $ Included | $ 20 | | $ Included |
| **Premium Per Vehicle** | | | **$ 3,059.00** | | | **$ 1,037.00** |

| DISCOUNTS AND CHARGES | Vehicle 1 | Vehicle 3 |
|---|---|---|
| Preferred Rate Discount | | Applied |
| Multiple Car Discount | Applied | Applied |
| Anti-Lock Brake Discount | Applied | Applied |
| Passive Restraint Discount | Applied | |
| Passive Restraint Discount (Driver and Passenger side) | | Applied |
| Anti-Theft Discount (Active Device) | Applied | |
| Anti-Theft Discount (Passive Device) | | Applied |
| Michigan Catastrophic Claim Association Assessment Charge | $ 6.00 | $ 6.00 |

## TOTAL VEHICLE(S) PREMIUMS AND CHARGES

| | |
|---|---|
| **Your Total Premium For All Vehicles** | $ 4,108.00 |

### DRIVER INFORMATION

| Name | Years Licensed | Date of Birth | Drivers License Number |
|---|---|---|---|
| 01 ELIAS KHOURI | 34 | 01/03/48 | K600209297010 |
| 02 MARY L KHOURI | 30 | 07/23/52 | K600587488579 |
| 03 DANIELLE KHOURI | 02 | 04/08/80 | K600135585275 |

## OPTIONAL EXCESS PROTECTION              (Coverage applies only if a premium or limit is shown)

| COVERAGES | LIMITS |
|---|---|
| EXCESS LIABILITY: applies to all "covered exposures" and "additional covered exposures" | $2,500,000 |

| | PREMIUMS |
|---|---|
| Motor Vehicle Premiums Vehicle 1 | $ 120.00 |

US 161657310

C 1109


# Policy Endorsement Coverage Summary

---

## OPTIONAL EXCESS PROTECTION                    (Coverage applies only if a premium or limit is shown)

|  | PREMIUMS |
|---|---|
| Motor Vehicle Premiums | |
|   Vehicle 3 | $    58.00 |
| Residence Premiums | |
|   Residence 1 | $     9.00 |
| **Total Annual Excess Liability Premium** | $   187.00 |

---

## COVERED EXPOSURES

"Covered exposures" for excess liability are all previously described exposures and the following described "additional covered exposures".

| Additional Covered Exposures | Description/Address | | | Effective Date |
|---|---|---|---|---|
| Residence 1 | 3104 QUARTON ROAD | , BLOOMFLD HLS , MI | 48304 | 11/01/1998 |

## GENERAL POLICY INFORMATION

---

The coverages and limits shown here are subject to the restrictions, conditions, and exclusions of the policy and its endorsements.

### YOUR POLICY IS SUBJECT TO THE FOLLOWING FORMS AND ENDORSEMENTS

| | |
|---|---|
| G-18536-A (09-93) | ELITE/DELUXE MOTOR VEHICLE |
| G-18538-A (09-93) | INTRODUCTION |
| G-18540-A (09-93) | GENERAL PROVISIONS |
| G-20518-A (07-94) | AMENDMENT OF MOTOR VEHICLE PROVISIONS - MICHIGAN |
| G-20520-C (12-97) | PERSONAL INJURY PROTECTION COVERAGE - MICHIGAN |
| G-20521-A (07-94) | PROPERTY PROTECTION COVERAGE - MICHIGAN |
| G-20522-A (11-93) | LIMITED/BROADENED COLLISION COVERAGES - MICHIGAN |
| G-20523-A (06-94) | UNINSURED MOTORISTS COVERAGE - MICHIGAN |
| G-21285-A (06-94) | UNDERINSURED MOTORISTS COVERAGE - MICHIGAN |
| G-21374-C (12-97) | OPTIONAL EXCESS LIABILITY COVERAGE ENDORSEMENT - MICHIGAN |
| G1-15377-A (06-95) | TRANSITION ENDORSEMENT - DELUXE MOTOR VEHICLE SEGMENT |

The forms marked with "*" or "#" reflect revised or new forms included with this coverage summary

## SUMMARY OF YOUR POLICY'S PREMIUMS

---

| Coverage Type | Premium |
|---|---|
| Motor Vehicle | $  4,108.00 |
| Optional Excess | $    187.00 |
| **Total For All Exposures** | $  4,295.00 |

US 161657310

C 1109

# USP Deluxe
# Policy Endorsement Coverage Summary



---

### SUMMARY OF YOUR POLICY'S PREMIUMS

For any insurance need, or questions on your policy, contact your independent CNA agent, whose name and number are shown on the first page of this Coverage Summary.

US 161657310

C 1109

# USP Deluxe
# Policy Endorsement Coverage Summary



**CNA**
*For All the Commitments You Make®*

---

## AGENT'S USE ONLY

---

### Policy Level
| | |
|---|---|
| Renewal Number | 01 |

---

| Vehicle Level | Veh 1 | Veh 3 |
|---|---|---|
| Territory | 005 | 005 |
| Symbol | 18 | 20 |
| Cost New Symbol | 20 | 20 |
| Performance | Std | Std |
| Sex | F | M |
| Marital Status | S | M |
| Rate Level | S | P |
| Prior Term's Rate Level | P | P |
| Annual Mileage | 10000 | 10000 |

---

## VARIABLE ENDORSEMENTS

---

US 161657310

C 1109

# OPTIONAL EXCESS LIABILITY COVERAGE ENDORSEMENT—MICHIGAN

In consideration of an additional premium, we will provide the coverage described by the provisions of this endorsement.

## DEFINITIONS

Certain words and phrases are italicized, which identifies them as having a special meaning for this endorsement. The meaning of each italicized word or phrase is provided in the **Definitions** below.

1.  **Automobile** means:

    a.  A private passenger car;

    b.  A pickup or van that;

        (1) Has a Gross Vehicle Weight of less than 10,000 lbs; and

        (2) Is not used for the delivery or transportation of goods and materials unless such use is:

            (a) Incidental to your business of installing, maintaining or repairing furnishings or equipment; or

            (b) For farming or ranching.

    The term **automobile** does not include a motor home.

2.  **Bodily Injury** means bodily harm, sickness or disease, including required care, loss of services and death resulting therefrom. **Bodily injury** does not include any communicable disease, such as:

    a.  Any venereal disease;

    b.  Herpes;

    c.  Acquired Immune Deficiency Syndrome (AIDS);

    d.  AIDS Related Complex (ARC);

    e.  Human Immunodeficiency Virus (HIV);

    or any resulting or related symptom, effect, condition, disease or illness.

3.  **Business** includes trade, profession or occupation, farming or ranching or any activity aimed at providing a product or a service with the anticipation of economic gain from the enterprise. The providing of home day care services in exchange for monetary or other compensation, such as services to other than a relative of a **covered person**, is considered a **business** pursuit.

4.  **Covered Person(s)** means you and the following residents of your household:

    a.  Your **family members;**

    b.  Any other person under the age of 21 who is in the care of any person named above;

    **Covered person** also means:

    c.  With respect to animals or watercraft to which this endorsement applies, any person or organization legally responsible for these animals or watercraft which are owned by or in the care of you or any person included in 4.a. or 4.b. above. However, a person or organization using or having custody of these animals or watercraft in the course of any **business** or without the consent of the owner is not a **covered person;**

    d.  For a covered **motor vehicle** that you own or that is shown on the Coverage Summary, any person or organization legally responsible for acts or omissions of you or any person included in 4.a. or 4.b. above.

    e.  With respect to any covered **motor vehicle** to which this endorsement applies, other than one described in 4.d. above any person or organization legally responsible but only for acts or omissions of you or any person included in 4.a. or 4.b. above. This provision applies only if the person or organization does not own or hire the **motor vehicle.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-21374-C Ed. 12-97



Formerly known as CNA Personal Insurance

f.  Any other person using or *occupying* any covered *motor vehicle* or watercraft with permission from you or a *family member*.

*Covered person* does not include the owner or lessor of a *motor vehicle* or watercraft loaned to or hired for use by a *covered person* or on a *covered person's* behalf.

5.  **Family Member** means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child.

For the purposes of this definition, to be considered a resident of your household when evaluating coverage for a loss, a person must have been actually residing in your household on the date the loss occurred. However, your:

a.  Son;

b.  Daughter;

c.  Ward; or

d.  Foster child;

In the United States military or away at school will be considered a resident of your household unless he or she has demonstrated an intent to reside elsewhere permanently.

6.  **Insured Location** means:

a.  A location which is shown for "Optional Excess Liability" in the Coverage Summary;

b.  The part of any other premises, other structures, and grounds used by you as a residence that is shown for "Optional Excess Liability" in the Coverage Summary, or acquired by you during the policy period for your use as a residence; provided the newly acquired residence is covered under an *underlying policy*. However, for coverage beyond the next renewal of this policy, you must ask us to show the newly acquired residence on the Coverage Summary and we must agree;

c.  Any premises used by you in connection with the premises included in 6.a. or 6.b.;

d.  Any part of a premises not owned by you or any *covered person* but where you or any *covered person* are temporarily residing;

e.  Vacant land owned by or rented to you or any *covered person* other than farm land;

f.  Land owned by or rented to a *covered person* on which a one to four family dwelling is being built as a residence for a *covered person;*

g.  Yours or any *covered person's* individual family cemetery plots or burial vaults; or

h.  Any part of a premises occasionally rented to you or any *covered person* for other than *business* purposes;

i.  A location you rent to others which is shown for "Optional Excess Liability" in the Coverage Summary.

7.  **Minimum Retained Limit** means the greater of:

a.  The total limits of any other insurance that applies to the *occurrence* which:

(1) Are available to a *covered person;* or

(2) Would have been available except for the bankruptcy or insolvency of the insurer providing the *underlying insurance;* or

b.  $500,000 each *occurrence* when the *underlying policy* provides liability coverage on a Combined Single Limit basis; or

c.  When the *underlying policy* provides liability coverage on a Split Limit basis:

(1) For bodily injury:

(a) $250,000 each person;

(b) $500,000 each accident; and

(2) For *property damage*: $100,000 each accident.

8.  **Motor Vehicle** means:

a.  An *automobile;*

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-21374-C Ed. 12-97



Formerly known as CNA Personal Insurance

b. Any other motorized land vehicle designed for travel on public roads and subject to private passenger motor vehicle registration.

c. A trailer type vehicle designed to be pulled by a private passenger motor vehicle. This includes a farm wagon or farm implement while towed by a vehicle classified in a. or b. above.

d. A motorized golf cart, snowmobile or other motorized land vehicle owned by you or any covered person and designed for recreational use off public roads.

e. Any vehicle while being towed by or carried on a vehicle included in 8.a., 8.b., 8.c. or 8.d.

For purposes of this endorsement, a *motor vehicle* shall be deemed to be owned by a person if leased under a written agreement to that person for a continuous period of at least six months.

9. **Occupying** means in, upon, or getting in, out, on or off.

10. **Occurrence** means :

a. An accident including a series of related events resulting from continuous or repeated exposure to the same general conditions that causes *bodily injury or property damage* during the policy period; or

b. An offense, including a series of related offenses, committed during the policy period, which results in *personal injury.* All losses arising out of such act or series of acts, regardless of the frequency thereof or number of claimants, shall be deemed to arise out of one offense.

11. **Personal Injury** means injury arising out of one or more of the following offenses: libel, slander, false arrest, wrongful eviction, wrongful detention, wrongful entry, malicious prosecution, false imprisonment, invasion of privacy or defamation of character.

12. **Property Damage** means physical injury to or destruction of property including loss of use of the property.

13. **Residence Employee** means your employee or an employee of any *covered person* in your household who performs duties in connection with the maintenance or use of your residence, including household or domestic services, or who performs duties elsewhere of a similar nature not in connection with any *covered person's business.*

14. **Underlying policy or underlying insurance** means any policy providing the *covered person* primary liability insurance.

## EXCESS LIABILITY COVERAGE

### INSURING AGREEMENT

We will pay damages for which a *covered person* becomes legally liable due to an *occurrence* resulting in *personal injury, bodily injury* or *property damage,* up to the limit of liability shown in the Coverage Summary for "Optional Excess Liability". Any payment is subject to the *minimum retained limit,* the exclusions listed in the section called **Losses We Do Not Cover** and the other provisions of this endorsement.

We will pay prejudment interest awarded against a *covered person.* However, we will pay prejudgment interest only on that portion of an award that is covered by this policy.

### LIMIT OF LIABILITY

You must maintain *underlying insurance* for each exposure shown in the Coverage Summary for "Optional Excess Liability", with not less than the liability limits shown in the *Minimum Retained Limit* definition. Except as provided in Provision 3, **Self Insured Retention,** under the **General Provisions - Optional Excess Liability Coverage Endorse-ment,** we will pay only the difference between:

1. The amount shown in part b. or c. of the *Minimum Retained Limit* definition; and

2. The total of what you legally have to pay;

and in no case more than the limit shown in the Coverage Summary for "Optional Excess Liability".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993



Formerly known as CNA Personal Insurance

# Your Optional Coverages

NOTE: The **Minimum Retained Limit** will be satisfied in regard to any exposure(s) for which you maintain the **underlying insurance** as part of the Universal Security Policy with which this endorsement is issued.

## EXCESS DEFENSE COVERAGE

When a claim or suit is:

1. Covered under **Excess Liability Coverage**; but

2. Not covered by any **underlying policy** available to a **covered person;**

we will provide defense costs for the counsel of our choice, even if the suit is groundless, false or fraudulent.

In addition to the limit of liability shown in the Coverage Summary; we pay on your behalf:

1. The expenses described below for a claim or suit we are obligated to defend:

   a. Defense costs incurred at our discretion;

   b. Premiums on appeal bonds and bonds to release attachments in any suit we defend, but we have no obligation to secure or provide bonds;

   c. Up to $100 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request;

   d. Other reasonable expenses (other than loss of earnings) incurred at our request;

   e. Expenses incurred by us and costs taxed against any **covered person** in any suit we defend;

2. Interest accruing after a judgment is entered and before the loss is paid in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for this coverage.

3. We are not obligated to defend suits brought against a **covered person** if the amount of damages claimed or incurred is less than the applicable **minimum retained limit** amount.

4. We may join, at our expense, with the **covered person** or any insurer providing **underlying**

**insurance** in the investigation, defense or settlement of any claim or suit which we believe may require payment under the provisions of this endorsement. However, we will not contribute to the costs and expenses incurred by any insurer providing **underlying Insurance.**

5. We are not obligated to defend any suits brought against a **covered person** in any country where we are prevented from defending because of laws or other reasons. However, we will pay any expense incurred with our written consent for the **covered person's** defense.

6. Our obligation to pay the above costs ends when our limit of liability has been exhausted.

## EXCESS LOSS ASSESSMENT COVERAGE

We will pay for your share of any loss assessment charged during the policy period against you by a corporation or association of property owners. However, we do not cover loss assessments resulting from a deductible in the policy of insurance purchased by a corporation or association of property owners. This coverage applies only to that portion of an assessment which is in excess of $50,000. This coverage does not increase our limit of liability for "Optional Excess Liability" shown in the Coverage Summary.

We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

**Excess Liability Coverage,** and **Excess Defense Coverage** do not apply to loss assessments charged against you by a corporation or association of property owners.

## EXTENDED LIABILITY COVERAGE

If the Coverage Summary indicates that the "Optional Excess Liability" amount includes "Extended Liability Coverage", then:

1. In consideration of an additional premium; and

2. Only in regard to the location(s) indicated in the Coverage Summary;

exclusion 15 is deleted from the **Losses We Do Not Cover** section of this endorsement.



This coverage does not increase our limit of liability for "Optional Excess Liability" shown in the Coverage Summary.

**LOSSES WE DO NOT COVER**

We do not provide any coverage under this endorsement for:

1. Benefits payable to you or anyone else under any:

   a. No-Fault;

   b. Uninsured or Underinsured Motorist,

   c. Medical Expense or Medical Payments; or

   d. Motorcycle Guest Passenger Liability;

   coverage, or any similar coverage.

2. Any obligation you or any *covered person* or any company providing *underlying insurance* may have to pay under a workers' compensation, occupational disease, unemployment compensation, disability benefits or similar law.

3. Any *personal injury* arising out of:

   a. Oral or written publication of material, if done by or at the direction of any *covered person* with knowledge of its falsity;

   b. Discrimination because of race, creed, color, sex, sexual preference, religion, age or national origin.

4. **Bodily injury** or **property damage** intended by, or which may reasonably be expected to result from the intentional acts or omissions of, one or more *covered persons*. This exclusion applies even if;

   a. Such *covered person* lacks the mental capacity to govern his or her conduct;

   b. Such *bodily injury* or *property damage* is of a different kind or degree than that intended or reasonably expected; or

   c. Such *bodily injury* or *property damage* is sustained by a different person than intended or reasonably expected.

This exclusion does not apply to acts of the master, crew or a carrier for hire of a covered watercraft.

However, we do cover **bodily injury** or **property damage** which occurs as a result of a reasonable action taken by a **covered person** while trying to:

   a. prevent or eliminate danger in the use of a **motor vehicle** or watercraft; or

   b. protect persons or property.

5. Any *personal injury*:

   a. Caused by a violation of a law or ordinance by, or with the knowledge or the expressed or implied consent of any *covered person;* or

   b. Sustained by any person as a result of an offense directly or indirectly related to acts of a person in the employment of any *covered person.*

6. *Personal injury* arising out of civic or public activities performed for pay by any *covered person.*

7. *Bodily injury* or *property damage* arising out of the rendering or failure to render a professional service of any nature even if covered by any other policy.

8. *Bodily injury* or *property damage* arising out of your or any *covered person's* action, or failure to act, as a director, officer or trustee of an organization, unless:

   a. In the capacity as a director, officer or trustee you or the *covered person:*

      (1) Serve without deriving any income, and

      (2) The organization is charitable, religious or civic non-profit and chartered as such.

   b. The organization is a corporation or association of real property owners, and in the capacity as director, officer or trustee, you or the *covered person* incur liability and:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993


(1) Are elected by the members of the corporation or association of real property owners; and

(2) Serve without deriving any income from the exercise of duties which are solely on the behalf of a corporation or association of real property owners.

9. *Bodily injury* or *property damage* arising from use of a *motor vehicle* or watercraft without a reasonable belief that the *covered person* is entitled to do so.

10. Any *covered person* while employed or otherwise engaged in the *business* of:

   a. Selling;

   b. Repairing;

   c. Servicing;

   d. Storing; or

   e. Parking;

   *Motor vehicles* or watercraft designed for use mainly on public highways or waterways. This includes testing and delivery. This exclusion does not apply to the ownership, maintenance or use of your covered *motor vehicle* or watercraft by:

   a. You;

   b. Any *family member*; or

   c. Any partner, agent or employee of you or any *family member*.

11. The maintenance or use of any vehicle while a *covered person* is employed or otherwise engaged in any *business* (other than farming or ranching) not described in Exclusion 10. This exclusion (11) does not apply to the maintenance or use of a:

   a. *Automobile*;

   b. Trailer used with an *automobile*.

12. *Bodily injury* or *property damage* arising out of the ownership, maintenance; use; occupancy; renting; loaning; entrusting; loading or unloading of any motor vehicle, watercraft or other motorized conveyance, other than:

a. A *motor vehicle* or watercraft owned by any *covered person* and shown in the Coverage Summary for "Optional Excess Liability" coverage; or, any trailer that you own. However, the following watercraft are covered even if they are not shown in the Coverage Summary:

   (1) Sailing vessels, with or without auxiliary power, less than 26 feet in length that are owned by or rented by any *covered person;* and

   (2) Watercraft powered by one or more outboard motors of 50 horsepower or less, which are owned by a *covered person*;

   (3) Watercraft powered by inboard-outboard motor power of 50 horsepower or less, which are owned by a *covered person*.

   (4) Any watercraft which is neither:

      (a) A sailing vessel; nor

      (b) Motor powered;

      that is owned or rented by a *covered person*.

   (5) Watercraft that you or any *family member* do not own as long as they are not furnished or available for the regular use of you or any *covered person*, regardless of the horsepower;

   (6) Watercraft that are stored;

   but in no instance will coverage be provided for any watercraft which is not specifically shown in the Coverage Summary and which is either:

   (1) Designated as an airboat, air cushion or similar type of watercraft; or

   (2) Owned by a *covered person* which is a personal watercraft, meaning a craft propelled by water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993


b.  A **motor vehicle** or watercraft you acquire during the policy period, if it is covered by an **underlying policy**. However, for coverage beyond the next renewal of this policy, you must have asked us to insure the **motor vehicle** or watercraft and we must have agreed.

c.  Any **motor vehicle** used as a temporary substitute for a **motor vehicle** of the same type shown in the Coverage Summary for "Optional Excess Liability" that is out of normal use because of its:

 (1) Breakdown;

 (2) Repair;

 (3) Servicing;

 (4) Loss; or

 (5) Destruction.

d.  For your or your **family member's** use of any **automobile** or trailer which is not:

 (1) Owned by; or

 (2) Furnished or available for the regular use of:

 You or any **family member**.

e.  A **motor vehicle** you maintain or use which is:

 (1) Owned by a **family member** and not shown in the Coverage Summary; or

 (2) Furnished or available for the regular use of any **family member**.

f.  An **automobile** provided for your use by your employer, subject to the following conditions:

 (1) The **automobile** must be listed on the Coverage Summary with "Optional Excess Liability" provided for that **automobile;** and

 (2) **Underlying insurance** must be provided for both your personal and **business** use of the **automobile** under one or more of the following:

  (a) A commercial policy;

  (b) A Business Automobile Policy;

  (c) A personal automobile policy; or

  (d) The policy with which this endorsement is issued.

 However, coverage applies only to:

 (1) You;

 (2) **Family members**; and

 (3) Your employer's legally responsibility for you or a **family member's** use of the **automobile**.

g.  A motorized golf cart when being used to play golf on a golf course or for travel between your residence or dwelling and its community golf course for golfing purposes only.

h.  A motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and:

 (1) Not owned by a **covered person;** or

 (2) Owned by a **covered person** and being used on an **insured location** at the time of the **occurrence**.

i.  A vehicle or conveyance not subject to motor vehicle registration which is:

 (1) Being used to service a **covered person's** residence at the time of the **occurrence**;

 (2) Designed for assisting the handicapped; or

 (3) In dead storage on an **insured location**.

 This exclusion (12.) does not apply to **bodily injury** to a **residence employee** arising out of and in the course of the **residence employee's** employment by a **covered person**.

13. **Bodily injury** or **property damage** arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance. This exclusion does not apply to a share-the-expense car pool.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993



**ENCOMPASS.**
INSURANCE

Formerly known as CNA Personal Insurance

14. **Bodily injury** or **property damage** that occurs while your watercraft is used for other than private pleasure purposes or is hired or chartered without our written consent. **Business** entertainment for which there is no direct remuneration is considered private pleasure use.

15. **Bodily injury** or **property damage** arising out of **business** pursuits of you or any **covered person**, even if coverage for the **business** pursuits is included or endorsed on an **underlying policy.** This exclusion does not apply to:

   a. Activities which are usual to non-**business** pursuits; or

   b. Part-time **business** pursuits of any **covered person** who is under 18 years of age.

16. **Bodily injury** or **property damage** arising out of a **covered person** providing home day care services to anyone other than a **covered person** for monetary or other compensation, even if coverage for the home day care activity is included or endorsed on an **underlying policy.** Mutual exchange of home day care services, however, is not considered compensation, nor is the rendering of home day care services by a **covered person** to a relative.

17. **Bodily injury** liability to you or any **family member.** This exclusion also applies to any claim made or suit brought against you or any **covered person:**

   (a) To repay; or

   (b) Share damages with;

   another person who may be obligated to pay damages because of **bodily injury** liability to a **covered person.**

18. **Property damage** to property:

   (a) Owned by a **covered person;**

   (b) Rented to, occupied or used by, or in the care of a **covered person** if the **covered person** is obligated by contract to provide specified insurance for such property.

19. **Bodily injury** or **property damage** arising out of the transmission of a communicable disease by any **covered person.**

20. Liability of:

   a. Anyone; or

   b. Anyone while maintaining or using vehicles;

   c. Arising out of any property;

   Excluded from coverage by endorsement(s) attached to this policy or to an **underlying policy.**

21. **Bodily injury** or **property damage** liability arising out of:

   a. The ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any aircraft;

   b. The entrustment by any **covered person** of an aircraft to any person; or

   c. Vicarious parental liability, whether statutorily imposed or not, for the actions of a child or minor using an aircraft.

   An aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo.

   This exclusion (21.) does not apply to **bodily injury** to a **residence employee** arising out of and in the course of the **residence employee's** employment by a **covered person.**

22. **Bodily injury** or **property damage:**

   a. Occurring while you or any **covered person** is participating in any racing event, whether or not organized, including practicing for a race, as an operator or occupant of a watercraft. This exclusion does not apply to sailing vessels, with or without auxiliary power, or to predicted log cruises;

   b. Arising from the ownership, maintenance or use of any **motor vehicle** located inside a facility designed for racing, for the purpose of:


(1) Competing in; or

(2) Practicing or preparing for;

any prearranged or organized racing or speed contest.

23. Any liability arising out of a premises:

a. Owned by a *covered person*;

b. Rented to a *covered person;* or

c. Rented to others by a *covered person;*

that is not an *insured location.* This exclusion (23.) does not apply to *bodily injury* to a *residence employee* arising out of and in the course of the *residence employee's* employment by a *covered person.*

24. *Bodily injury* or *property damage* for which a *covered person* under this endorsement:

a. Is also an insured under a nuclear energy liability policy; or

b. Would be an insured under that policy but for the exhaustion of its limit of liability.

A nuclear energy liability policy is one issued by:

a. American Nuclear Insurers;

b. Mutual Atomic Energy Liability Underwriters;

c. Nuclear Insurance Association of Canada;

Or any of their successors.

25. Liability from or as a consequence of the following, whether controlled or uncontrolled or however caused:

a. Nuclear reaction;

b. Radiation; or

c. Radioactive contamination.

26. *Bodily injury* or *property damage* arising out of the use, sale, manufacture, delivery, transfer, or possession by any person of a Controlled Substance(s) as defined by the Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does

not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

This exclusion does not apply if the *covered person* is found to have had no knowledge of the use, sale, manufacture, delivery, transfer or possession of the Controlled Substance.

27. *Personal injury* to you or a *covered person* within the meaning of part a. or b. of the *covered person* definition.

28. Liability for your share of any loss assessments charged against all members of an association, corporation or community of property owners, except as provided under the **Excess Loss Assessment Coverage** in this endorsement.

29. Any *covered person* for damage to a *motor vehicle* as a result of an *automobile accident* occurring in Michigan, with respect to vehicles subject to Section 500.3101 of the Michigan Insurance Code.

30. Arising out of sexual molestation, corporal punishment or physical or mental abuse. However, we will cover your liability for corporal punishment to any pupil if coverage for corporal punishment is shown on the Coverage Summary.

31. **Bodily injury** or **property damage** resulting from criminal acts or omissions of or at the direction of one or more **covered persons.** This exclusion applies even if:

a. Such **covered person** lacks the mental capacity to govern his or her conduct;

b. Such **covered person** is not actually charged with or convicted of a crime.

However, this exclusion does not apply to a criminal act or omission that is a violation of a traffic law or motor vehicle law.

## GENERAL PROVISIONS - OPTIONAL EXCESS LIABILITY COVERAGE ENDORSEMENT

Except for the **Definitions** section and items modified by specific reference in the following provisions, the coverage provided by this endorsement is subject to the terms and provisions found in the policy's **"INTRODUCTION"** and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993



**ENCOMPASS**
INSURANCE

Formerly known as CNA Personal Insurance

**"GENERAL PROVISIONS".** The following are in addition to those terms and provisions and apply to only the **"OPTIONAL EXCESS LIABILITY COVERAGE ENDORSEMENT".**

## 1. Limit of Liability

The limit shown in the Coverage Summary is the most we will pay for all damages and loss assessments resulting from any one *occurrence* regardless of the number of:

a. *Covered persons;*

b. Claims or suits made;

c. Loss assessments;

d. Vehicles or watercraft involved in the *occurrence* or shown in the Coverage Summary;

e. Persons who sustain injury or damages;

f. Vehicles or watercraft insured by this or any other policy, issued by us or others;

g. Acts or failures to act; or

h. Premiums paid for this coverage.

The amount of any payment we make is subject to the applicable:

a. Minimum retained limit;

b. **Self Insured Retention;** or

c. $50,000 **Excess Loss Assessment** threshold.

## 2. Appeals

If the *covered person* or any underlying insurer elects not to appeal a judgment which exceeds the *minimum retained limit,* we may do so at our own expense. We will pay all costs, taxes, expenses and interest related to our appeal. The amounts we pay will be in addition to our limit of liability.

## 3. Self Insured Retention

A deductible amount of $1,000 for each *occurrence* will apply in lieu of the *minimum retained limit* against claims covered by this endorsement which are not covered by the *underlying insurance,* provided:

a. The claim arises out of an exposure represented in the Coverage Summary;

b. The liability limit of the *underlying policy* is at least equal to the amount specified in the *Minimum Retained Limit* definition; and

c. The *covered person* has complied with all applicable provisions of the *underlying policy.*

We may pay, but are not obligated to pay, any part of this $1,000 **Self Insured Retention** in order to effect settlement of a covered claim or suit.

Upon notification of such payment, you shall reimburse us for the amount paid within 30 days of receipt of the notification.

## 4. Your Duties After Loss

After an *occurrence,* you and any other *covered person* under this policy must make sure that all of the following are done. We have no duty to provide coverage under this endorsement unless there has been full compliance with these duties:

a. Give us or our agent as soon as possible:

(1) All information you know on the time, place and circumstances of the *occurrence,* and in the case of crime also tell the police or other appropriate authority.

(2) Identity of claimants, witnesses and *covered persons.*

b. Forward to us all written material you receive regarding the *occurrence;*

c. At our request, assist us in:

(1) Making settlement;

(2) Conducting suits and attending hearings or trials;

(3) Securing and giving evidence;

(4) Enforcing any right of contribution or indemnity against any person or organization who may be liable to a *covered person.*

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-21374-C Ed. 12-97



d. You or any other **covered person** shall not, except at your own cost, voluntarily make any payment, assume any obligation or incur any expense. This does not apply to first aid to others.

### 5. Suit Against Us

No action can be brought against us unless there has been compliance with the provisions of this endorsement and the policy with which it is issued.

No action can be brought against us until the obligation of the **covered person** has been determined by final judgment or agreement signed by us.

No person or organization has any right under this policy to bring us into any action to determine the liability of a **covered person.**

### 6. The Law

If anything in this endorsement conflicts with state or local laws, we agree to honor any claim or suit in conformity with the law.

### 7. Other Insurance

Only in regard to the coverage provided by this endorsement, the **Other Insurance** provision of the policy's **"GENERAL PROVISIONS"** is deleted and replaced by the following:

When there is other applicable insurance, we will provide coverage as follows:

a. In the first year of this policy, prior to the effective date of coverage as shown in the Coverage Summary for what will be a covered Segment, we will pay all covered claims up to the limits you have purchased, in excess of the total limits of all other policies.

b. During the first and subsequent years of this policy, when an amount of "Optional Excess Liability" is shown effective in the Coverage Summary, the coverage provided by this endorsement is excess over any other valid and collectible insurance except:

(1) When other insurance is written specifically as excess coverage over the **minimum retained limit**, we will pay only our share of the loss. Our share is the proportion that our limit of "Optional Excess Liability" bears to the total of all applicable limits.

(2) When other insurance is written specifically as excess coverage over the amount shown in the Coverage Summary for "Optional Excess Liability", we will pay amounts due above:

(a) The **minimum retained limit**;

(b) The **Self Insured Retention**; or

(c) The $50,000 **Excess Loss Assessment** threshold;

up to our "Optional Excess Liability" limit.

(3) Any insurance we provide with respect to a non-owned vehicle or a vehicle used as a temporary substitute for a vehicle you own will be excess over any other collectible insurance.

### 8. Subrogation

We may require an assignment of rights of recovery for a loss to the extent that payment is made by us. If an assignment is sought, a person to or for whom payment was made must sign and deliver all related papers and cooperate with us.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993