UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12131-RWZ

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY, AS SUBROGEE OF ANTHONY KHOURI, PLAINTIFF<br><br>VS.<br><br>GREAT NORTHERN INSURANCE COMPANY, DEFENDANT | **PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

The Plaintiff, Encompass Insurance Company, as subrogee of Anthony Khouri, respectfully moves that the time period within which to file its Opposition to Defendant's Motion for Summary Judgment be extended from March 4, 2005 to March 16, 2005. As grounds for said motion, the plaintiff states that it needs the additional time to finalize its brief in Opposition to the Defendant's Motion for Summary Judgment.

        Encompass Insurance Company
        as Subrogee of Anthoney Khouri,
        By Its Attorney,

        */s/ Richard J. Conner/*
        Richard J. Conner, Esq.
        BBO No.:   094860
        Law Offices of Richard J. Conner
        424 Adams Street
        Milton, MA 02186
        (617) 698-6767

**Assented To:**
Great Northern Insurance Company
By Its Attorneys,

*/s/ Mark W. Corner/*
Mark W. Corner, Esq.
BBO No.:   550156
Riemer and Braunstein, LLP
Three Center Plaza
Boston, MA 02108
(617) 523-9000

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon all counsel of record, by mail, postage prepaid.

Date: 3/8/05

Richard J. Conner, Esq.
Law Offices of Richard J. Conner
424 Adams Street
Milton, MA 02186
(617) 698-6767
BBO No.:    094860