FILED
UNITED STATES DISTRICT COURT CLERKS OFFICE
FOR THE DISTRICT OF MASSACHUSETTS

2005 MAR -9  P 3: 45

CIVIL ACTION NO.: 04-12131-RWZ

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| ENCOMPASS INSURANCE ) <br> COMPANY, AS SUBROGEE OF ) <br> ANTHONY KHOURI, ) <br>     PLAINTIFF ) <br> ) <br> VS. ) <br> ) <br> GREAT NORTHERN INSURANCE ) <br> COMPANY, ) <br>     DEFENDANT ) | **PLAINTIFF'S MOTION TO EXTEND TIME TO** <br><br> **FILE OPPOSITION TO DEFENDANT'S** <br><br> **MOTION FOR SUMMARY JUDGMENT** |

The Plaintiff, Encompass Insurance Company, as subrogee of Anthony Khouri, respectfully moves that the time period within which to file its Opposition to Defendant's Motion for Summary Judgment be extended from March 4, 2005 to March 16, 2005. As grounds for said motion, the plaintiff states that it needs the additional time to finalize its brief in Opposition to the Defendant's Motion for Summary Judgment.

                                                 Encompass Insurance Company
                                                 as Subrogee of Anthoney Khouri,
                                                 By Its Attorney,

_____
Richard J. Conner, Esq.
BBO No.: 094860
Law Offices of Richard J. Conner
424 Adams Street
Milton, MA 02186
(617) 698-6767

Assented To:
Great Northern Insurance Company
By Its Attorneys,

_____
Mark W. Corner, Esq.
BBO No.: 550156
Riemer and Braunstein, LLP
Three Center Plaza
Boston, MA 02108
(617) 523-9000

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon all counsel of record, by mail, postage prepaid.

Date: 3/7/05

Richard J. Conner, Esq.
Law Offices of Richard J. Conner
424 Adams Street
Milton, MA 02186
(617) 698-6767
BBO No.:    094860