UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ENCOMPASS INS.
        Plaintiff

V.

CIVIL ACTION:04-12131-RWZ

GREAT NORTHERN
        Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                                                                   JANUARY 4, 2006

The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated.

                                                    By the Court,

                                                    s/ Lisa A. Urso
                                                    Deputy Clerk

30day.ord