UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12131-RWZ

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY, AS SUBROGEE OF ANTHONY KHOURI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GREAT NORTHERN INSURANCE COMPANY,<br><br>　　　　Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the Plaintiffs' claims are dismissed, with prejudice and without costs to any party. All parties waive all rights of appeal.

　　　　　　　　　　　　　　　　　　ENCOMPASS INSURANCE COMPANY, AS SUBROGEE OF ANTHONY KHOURI
　　　　　　　　　　　　　　　　　　By its Attorneys,

　　　　　　　　　　　　　　　　　　/s/ Richard J. Conner (MWC with RJC assent)
　　　　　　　　　　　　　　　　　　Richard J. Conner, BBO #094860
　　　　　　　　　　　　　　　　　　Law Office of Richard J. Conner
　　　　　　　　　　　　　　　　　　424 Adams Street
　　　　　　　　　　　　　　　　　　Milton, Massachusetts 02186
　　　　　　　　　　　　　　　　　　(617) 698-6767

　　　　　　　　　　　　　　　　　　GREAT NORTHERN INSURANCE COMPANY,
DATED:  January 19, 2006　　　　　　By its Attorneys,


　　　　　　　　　　　　　　　　　　/s/ Mark W. Corner
　　　　　　　　　　　　　　　　　　Mark W. Corner, BBO #550156
　　　　　　　　　　　　　　　　　　Riemer & Braunstein LLP
　　　　　　　　　　　　　　　　　　Three Center Plaza
　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02108
　　　　　　　　　　　　　　　　　　(617) 523-9000

2

## CERTIFICATE OF SERVICE

   I, Mark W. Corner hereby certify that on this date, January 19, 2006, I served the foregoing by causing a copy of same to be mailed, postage prepaid to:

Richard J. Conner, Esquire
424 Adams Street
Milton, Massachusetts  02186


            /s/ Mark W. Corner
            Mark W. Corner


930353.1